IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| PAUL POPOV ) | |
| ) | |
| PLAINTIFF, ) | CASE NO. _____ |
| ) | |
| V. ) | |
| ) | |
| DEUTSCHE BANK NATIONAL TRUST ) | |
| COMPANY AS TRUSTEE UNDER THE ) | |
| POOLING & SERVICING AGREEMENT ) | |
| DATED AS OF DECEMBER 1, 2006, ) | |
| GSAMP TRUST 2006-FM3, *et al.* ) | |
| ) | |
| DEFENDANTS. ) | |

## **DEUTSCHE BANK AS TRUSTEE'S CORPORATE DISCLOSURE STATEMENT**

Defendant Deutsche Bank National Trust Company as trustee under the Pooling & Servicing Agreement dated as of December 1, 2006, GSAMP Trust 2006-FM3, by and through its undersigned counsel, hereby submits this Corporate Disclosure Form pursuant to Fed. R. Civ. P. 7.1(a), and states that it is a trust, not a corporation, with Deutsche Bank National Trust Company as Trustee.

Respectfully Submitted:
DINN, HOCHMAN & POTTER, LLC

/s/ Benjamin D. Carnahan
Benjamin D. Carnahan (0079737)
Thomas A. Barni (0064555)
5910 Landerbrook Drive Street, Suite 200
Cleveland, OH 44124
Phone: (440) 446-1100
Fax:    (440) 446-1240
*Attorneys for Deutsche Bank National Trust
Company as trustee under the Pooling & Servicing
Agreement dated as of December 1, 2006, GSAMP
Trust 2006-FM3*

**CERTIFICATE OF SERVICE**

A true and accurate copy of the foregoing Disclosure was sent by Ordinary U.S. mail on this 24th day of January, 2012 to:

Marc E. Dann*
Laura M. Wellen*
Dann, Doberdruk & Wellen, LLC
25021 Chagrin Boulevard, Suite D
Shaker Heights, Ohio 44122


*also via electronic mail:     mdannlaw.com
                               laura@dannlaw.com


        /s/ Benjamin D. Carnahan, #0079737
        Benjamin D. Carnahan (0079737)
        *One of the Attorneys for Deutsche Bank National Trust Company as trustee under the Pooling & Servicing Agreement dated as of December 1, 2006, GSAMP Trust 2006-FM3*